UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERVIS FITZGERALD, | ) | Case No. CV 15-1439 GW(JC) |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE RE DISMISSAL |
| vs. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On February 27, 2015, plaintiff Jervis Fitzgerald ("plaintiff"), who is represented by counsel, filed the Complaint in the above-captioned matter. On March 2, 2015, the Court issued a Case Management Order ("March Order") which directed plaintiff promptly to serve the Summons and Complaint on defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. See March Order ¶ 2. The March Order further directed plaintiff to file a proof of service showing compliance therewith within thirty (30) days. Id. The March Order also cautioned plaintiff that the failure to comply therewith might result in the issuance of an order to show cause re dismissal of this case for failure to prosecute. Id. Although plaintiff's deadline to file the requisite proof of service has expired and although the Clerk has twice left him courtesy voicemails regarding the same, to date, plaintiff has not filed the requisite proof of service.

1

1  IT IS THEREFORE ORDERED that within fourteen (14) days of the date
2 of this Order, *i.e.*, by not later than **May 8, 2015**, plaintiff shall show good cause
3 in writing, if there be any, why plaintiff has not complied with the March Order by
4 filing a proof of service demonstrating that he has effected service of the
5 Summons and Complaint upon defendant and why this case should not be
6 dismissed based upon such noncompliance and/or for failure to prosecute. Failure
7 timely to respond to this Order to Show Cause or to show cause, may result in the
8 dismissal of this action for failure to comply with the March Order and/or this
9 Order to Show Cause, and/or for failure to prosecute.
10  IT IS SO ORDERED.
11 DATED: April 24, 2015

                                        /s/
                                        _____
                                        Honorable Jacqueline Chooljian
                                        UNITED STATES MAGISTRATE JUDGE